# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| Impulse Technology Ltd. | v. | Microsoft Corporation, Electronic Arts Inc., Ubisoft, Inc., THQ, Inc., Konami Digital Entertainment, Inc. |

No. 16-1015

## CERTIFICATE OF INTEREST

Counsel for the ~~(petitioner)~~ (appellant) ~~(respondent) (appellee) (amicus) (name of party)~~ Impulse Technology Ltd. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Impulse Technology Ltd.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

**Potter Anderson & Corroon, LLP**: Richard L. Horwitz, David Ellis Moore, Bindu Ann George Palapura
**Mayer Brown LLP**: Alan Grimaldi, Brian Rosenthal, Michael Lindinger

| October 12, 2015 | /s/ Alan Grimaldi |
| Date | Signature of counsel |
| | Alan Grimaldi |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: All Counsel of Record

Form 30

**FORM 30. Certificate of Service**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | October 12, 2015 |
by:

- [ ] US mail
- [ ] Fax
- [ ] Hand
- [x] Electronic Means
   (by email or CM/ECF)

| Alan Grimaldi | /s/ Alan Grimaldi |
| Name of Counsel | Signature of Counsel |

Law Firm | Mayer Brown LLP

Address | 1999 K St NW

City, State, ZIP | Washington, DC 20006

Telephone Number | 202-263-3255

FAX Number | 202-263-5355

E-mail Address | agrimaldi@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.