# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Impulse Technology Ltd.   **v.**   Microsoft Corporation, et al.,

Case No.   16-1015

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (**appellee**) (amicus) (name of party) Microsoft, Electronic Arts certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Microsoft Corporation
Electronics Arts Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

See attached

10/19/2015                               /s/ Sonal N. Mehta
Date                                     Signature of counsel

Please Note: All questions must be answered

                                         Sonal N. Mehta
cc:   All Counsel of Record via CM/ECF   Printed name of counsel

Reset Fields

**Attachment**

**Sonal N. Mehta**
**Timothy C. Saulsbury**
Durie Tangri LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666
Email: smehta@durietangri.com
Email: tsaulsbury@durietangri.com

**Brian E. Farnan**
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
Email: bfarnan@farnanlaw.com

**Edward R. Reines**
**Derek C. Walter**
**Evan N. Budaj\***
**Justin M. Lee\***
Weil, Gotshal & Manges, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
Email: edward.reines@weil.com
Email: derek.walter@weil.com
\* No longer with Weil Gotshal & Manges LLP

**Timothy DeMasi\***
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
\* No longer with Weil Gotshal & Manges LLP

**Kathryn H. Ruemmler**
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000

Washington, D.C. 20004
(202) 637-2179
Email: kathryn.ruemmler@lw.com

**Gregory K. Sobolski**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 415.395.8035
Email: gregory.sobolski@lw.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on |Oct 19, 2015| by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Sonal N. Mehta | /s/ Sonal N. Mehta |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Durie Tangri LLP

Address: 217 Leidesdorff Street

City, State, ZIP: San Francisco, CA 94111

Telephone Number: 415-362-6666

FAX Number: 415-362-6666

E-mail Address: smehta@durietangri.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.